No. 86–6642. HELLER *v.* EMPLOYMENT DIVISION ET AL. Appeal from Ct. App. Ore. dismissed for want of jurisdiction.

Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.